| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Leslie Keith Kaufman 109335<br>1001 North Ross Street<br>Santa Ana, CA 92701-3315<br>(714) 550-9305<br>109335 CA<br><br>☑ Debtor(s) appearing without an attorney<br>☐ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Nicole Karen Hallett<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **August 23, 2019**        **Nicole Karen Hallett**        [signature]
                                  Printed name of Debtor 1         Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                  Printed name of Debtor 2      Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                   Page 2                           F 1002-1.EMP.INCOME.DEC

| CO. | FILE | DEPT | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| 6YU | 001670 | 030 |  | 000035007 1 |  |

# Earnings Statement

**ADP**

PACIFIC WORLD CORPORATION
100 TECHNOLOGY  SUITE 200
IRVINE CA 92618

Period Beginning:   08/01/2019
Period Ending:      08/15/2019
Pay Date:           08/15/2019

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  8
  CA:       8

NICOLE HALLETT
28191 BLUEBELL DRIVE
LAGUNA NIGUEL CA 92677

Social Security Number:  XXX-XX-5793

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4166.67 | 86.67 | 4,166.67 | |
| Gross Pay | | | $4,166.67 | 12,500.01 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 1.99 | 5.97 |

**Important Notes**
COMPANY  PH #: 949-297-9065

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -383.06 | 1,149.18 |
| | Social Security Tax | -253.31 | 759.92 |
| | Medicare Tax | -59.24 | 177.72 |
| | CA State Income Tax | -229.79 | 689.37 |
| | CA SUI/SDI Tax | -40.84 | 122.51 |
| | **Other** | | |
| | Dental Pre Tax | -12.76* | 38.28 |
| | Medical Pre Tx | -66.75* | 200.25 |
| | Vision Pre Tax | -3.56* | 10.68 |
| | **Net Pay** | **$3,117.36** | |
| | Checking 1 | -3,117.36 | 6,234.74 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,083.60

© 2000 ADP, LLC

PACIFIC WORLD CORPORATION
100 TECHNOLOGY SUITE 200
IRVINE CA 92618

Advice number:  00000330077
Pay date:       08/15/2019

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| NICOLE HALLETT | xxxxx2398 | xxxx xxxx | $3,117.36 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| SYU | 001670 | 030 | | 0000310076 1 |

## Earnings Statement

ADP

PACIFIC WORLD CORPORATION
100 TECHNOLOGY  SUITE 200
IRVINE CA 92618

Period Beginning:    07/16/2019
Period Ending:       07/31/2019
Pay Date:            07/31/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:       8
   CA:            8

NICOLE HALLETT
28191 BLUEBELL DRIVE
LAGUNA NIGUEL CA 92677

Social Security Number: XXX-XX-5793

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4166.67 | 86.67 | 4,166.67 | |
| Gross Pay | | | $4,166.67 | 8,333.34 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 1.99 | 3.98 |

**Important Notes**
COMPANY PH #: 949-297-9065

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -383.06 | 766.12 |
| Social Security Tax | | -253.30 | 506.61 |
| Medicare Tax | | -59.24 | 118.48 |
| CA State Income Tax | | -229.79 | 459.58 |
| CA SUI/SDI Tax | | -40.83 | 81.67 |
| **Other** | | | |
| Dental Pre Tax | | -12.76* | 25.52 |
| Medical Pre Tx | | -66.75* | 133.50 |
| Vision Pre Tax | | -3.56* | 7.12 |
| Net Pay | | $3,117.38 | |
| Checking 1 | | -3,117.38 | 3,117.38 |
| Net Check | | $0.00 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,083.60

© 2000 ADP, LLC

PACIFIC WORLD CORPORATION
100 TECHNOLOGY SUITE 200
IRVINE CA 92618

Advice number:   00000310076
Pay date:        07/31/2019

**THIS IS NOT A CHECK**

Deposited to the account of
NICOLE HALLETT

| account number | transit ABA | amount |
|---|---|---|
| xxxxx2398 | xxxx xxxx | $3,117.38 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| 6YU | 001670 | 030 | | 0009393260 070 |

# Earnings Statement

**ADP**

PACIFIC WORLD CORPORATION
100 TECHNOLOGY SUITE 200
IRVINE CA 92618

Period Beginning: 07/01/2019
Period Ending: 07/15/2019
Pay Date: 07/15/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 8
  CA: 8

NICOLE HALLETT
28191 BLUEBELL DRIVE
LAGUNA NIGUEL CA 92677

Social Security Number: XXX-XX-5793

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4166.67 | 86.67 | 4,166.67 | |
| **Gross Pay** | | | **$4,166.67** | 4,166.67 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -383.06 | 383.06 |
| | Social Security Tax | -253.31 | 253.31 |
| | Medicare Tax | -59.24 | 59.24 |
| | CA State Income Tax | -229.79 | 229.79 |
| | CA SUI/SDI Tax | -40.84 | 40.84 |
| | **Other** | | |
| | Dental Pre Tax | -12.76* | 12.76 |
| | Medical Pre Tx | -66.75* | 66.75 |
| | Vision Pre Tax | -3.56* | 3.56 |
| **Net Pay** | | | **$3,117.36** |
| **Net Check** | | | **$3,117.36** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 1.99 | 1.99 |

**Deposits**

| | |
|---|---|
| Account No. | xxxxx2398 |
| Transit/ABA | xxxx xxxx |
| Pending | |

**Important Notes**

COMPANY PH #: 949-297-9065

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,083.60

© 2000 ADP, LLC

---

PACIFIC WORLD CORPORATION
100 TECHNOLOGY SUITE 200
IRVINE CA 92618

6YU
Payroll check number: 0009393260
Pay date: 07/15/2019

90-477/1222

Pay to the order of: NICOLE HALLETT

This amount: THREE THOUSAND ONE HUNDRED SEVENTEEN AND 36/100 DOLLARS    $3117.36

ASSISTANCE WITH VERIFICATION CALL 1-800-429-7243

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

THIS IS NOT A CHECK

Wells Fargo Bank, N.A.
5401 California Ave
Bakersfield, CA 93309